## Class Action Suit

Petitioner brings this class action against both defendants i. e., the Louisiana Legislatures and the District Courts of this State. This violation started under the Louisiana Convention in 1898, by way of the 1974 Constitution. Therefore, the courts and the legislatures knew about the racism and disenfranchisement to scheme as to deny the African American people. From 1898 through 2018, is approximately One-hundred and twenty years. Therefore, any African American who came through this tainted system has suffered the same mistreatment in the courts as did their fore-fathers.

However, their 6, 14, 13, and 8 amendments of the United States Constitution is violated..... Petitioner, is representing those victims of this suit and who were also mis-treated. It is obvious that this state and its defendants played a role in the laws in this State.....

Therefore, petitioner has a good reason to bring this suit to this Honorable Court for them to hear my claims and allegations upon this State of Louisiana.....

Due Process, may be an aged old claim that have many faces, but I believe my claims are accurate in claiming my due process.

Relief for the parties of this class action:

Petitioner and the parties of this class, is asking that each member be awarded in the sum of $1000,000 dollars and be returned to their families without any retrobution and be compensated with 500,000.00.....

On a separate sheet of paper is 41 class members:

Signed by: *Johnny Thompson*
*Johnny Thompson*

SCANNED at LSP and Emailed
5.7.18 by JH. 4 pages
date    initials   No.
**RECEIVED**
MAY 07 2018
Legal Programs Department

Copy    4/15/2018

| Name | Dorm | DOC # |
|---|---|---|
| (1) Johnny Thompson | Hickory 4 | #89353 |
| (2) Lloyd Barnes | Pine 4 | #112831 |
| (3) John Brashears | Pine 1 | #404862 |
| (4) Andre Smith | Pine 2 | #119201 |
| (5) David West | Oak 3 | #116625 |

| Name | Dorm | DOC # |
|---|---|---|
| (6) Booker Loyden | Pine 1 | #250854 |
| (7) Theodore Moore | Spruce 4 | #211716 |
| (8) Bobby Byrd | Hickory 4 | #299312 |
| (9) Wilfred LaBaue | Ash 2 | 85478 |
| (10) Roger Nash | Ash 4 | 79538 |
| (11) John McClintock | Hickory 3 | 97631 |
| (12) John Moser | Hickory 2 | 106153 |
| (13) Bryan Brown | Hickory 1 | 110943 |
| (14) Stephen Jackson | Hickory 3 | 124471 |
| (15) David Perry | Hickory 2 | 33851 |
| (16) Jamie Hager | Hickory 4 | 352413 |
| (17) Roy Street | Hickory 1 | 361636 |
| (18) Roy Bridgewater | Hickory 3 | 386102 |
| (19) Kevin Frands | Hickory 1 | 588933 |
| (20) Ronald Samuel | Spruce 2 | 122727 |
| (21) Nelson Wilson | Spruce 1 | 122929 |

| Name | Dorm | DOC # |
|---|---|---|
| (22) Andre' Demery | Hickory 4 | # 126242 |
| (23) Douglas Robertson | " " 3 | # 91333 |
| (24) Christopher Jones | Walnut 1 | # 414499 |
| (25) Gerar D Edwards | " " 2 | # 94155 |
| (26) Armando Murray | " " 3 | # 387805 |
| (27) Patrick Wade | " " 4 | # 366120 |
| (28) Gerald Preston | " " 4 | # 328057 |
| (30) Ronnie Howard | Pine 1 | # 625875 |
| (31) Thaddeus Johnson | " " 3 | # 287782 |
| (32) Craig Johnson | " " 4 | # 121489 |
| (33) Rodrick Coleman | " " 2 | # 358728 |
| (34) Ervin Carter | Oak 1 | # 375565 |
| (36) Carlos Clemmons | Walnut 4 | # 440360 |
| (37) Delacie Phillips | Walnut 2 | # 293226 |
| (38) James Ross | Walnut 3 | # 409503 |
| (39) Reginald Watts | Spruce 2 | # |
| (40) Alton Bell | Spruce 3 | # 425170 |
| (41) Bruce Barksdale | Hickory 4 | # 78833 |